

# Fourth Court of Appeals
## San Antonio, Texas

September 9, 2021

No. 04-21-00233-CV

**VIA METROPOLITAN TRANSIT AUTHORITY,**
Appellant

v.

Manuel **FLORES,**
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2018CV06515
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

On September 7, 2021, Appellant VIA Metropolitan Transit Authority moved for an extension of time from September 13, 2021 to September 22, 2021 to file its reply brief, if any. We grant the motion for extension of time and **order** appellant to file its reply brief, if any, by **September 22, 2021**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of September, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court